1   P. TERRY ANDERLINI (SBN 44783)
    SEAN M. JACOBSON, Esq. (SBN 227241)
2   **ANDERLINI & McSWEENEY LLP**
3   66 Bovet Road Suite 285
    San Mateo, California 94402-3520
4   Telephone (650) 212-0001
    *tanderlini@amlawoffice.com*
5

6   Attorneys for Plaintiffs
    Jeremy Totten and Steven Zook
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JEREMY TOTTEN, an individual,            Case No.: 2:25-cv-00112-TLN-DMC

12          Plaintiff,                       **STIPULATION TO CONSOLIDATE
                                             CASES FOR DISCOVERY PURPOSES**
13          v.

14
    UNITED RENTALS (NORTH AMERICA),
15  INC., a Delaware corporation; SKYJACK
    INC., a Canadian corporation; and DOES 1
16  through 150, inclusive,

17          Defendants.

18  _____

19  STEVEN ZOOK, an individual,              Case No.: 2:25-cv-00800-TLN-DMC

20          Plaintiff,

21          v.

22
    UNITED RENTALS (NORTH AMERICA),
23  INC., a Delaware corporation; SKYJACK
    INC. a Canadian corporation; and DOES 1
24  through 150, inclusive,

25
            Defendants.
26

27

28

                                  - 1 -

STIPULATION TO CONSOLIDATE                CASE NO.: 2:25-cv-00112-TLN-DMC
CASES FOR DISCOVERY PURPOSES              CASE NO.: 2:25-cv-00800-TLN-DMC

1        Plaintiff Jeremy Totten ("Plaintiff Totten"); Plaintiff Steven Zook ("Plaintiff Zook");

2   Defendant United Rentals (North America), Inc. ("United Rentals"), a Delaware corporation; and

3   Skyjack, Inc., a Canadian corporation ("Skyjack"), through their respective counsel of record,

4   stipulate as follows:

5        1.      Plaintiff Totten filed his Complaint for Personal Injury in Siskiyou County Superior

6   Court on November 13, 2024, as Case No. 24CIV13362.

7        2.      Defendant United Rentals removed the case from Siskiyou County Superior Court

8   to this Court on or about January 10, 2025, with the case now pending in this Court as the action

9   entitled *Totten v. United Rentals, et al.*, Case No. 2:25-cv-00112-TLN-DMC (the "Totten Action").

10  All defendants have filed answers in the Totten Action, with the last answer filed on January 23,

11  2025.

12       3.      The Totten Action relates to injuries that Plaintiff Totten contends that he sustained

13  due to the alleged malfunction of a scissor lift manufactured by Skyjack and rented to Plaintiff

14  Totten's employer by defendant United Rentals.

15       4.      Plaintiff Zook, who is Plaintiff Totten's co-worker, also filed a Complaint against

16  Skyjack and United Rentals, with Plaintiff Zook's Complaint filed in this Court on March 11, 2025,

17  thereby initiating the action entitled *Zook v. United Rentals, et al.*, Case No. 2:25-cv-00800-DJC-

18  DMC (the "Zook Action").  Answers in the Zook Action are not due until June, 2025.

19       6.   This Court ordered the Totten Action and Zook Action related pursuant to Orders

20  entered on April 1, 2025.

21       7.      The Court has issued Initial Pretrial Scheduling Orders in both actions, however the

22  applicable dates in the respective Orders are not aligned because the answers in the two cases will

23  be filed approximately five (5) months apart (and several applicable dates run from the date that the

24  last answer is filed).

25       8.      During their Rule 26 conference, counsel for the parties agreed that discovery in

26  both actions will involve common witnesses, document production, and expert opinion.  Therefore,

27  pursuant to FRCP 42(s), the parties agree that discovery in the Totten Action and the Zook Action

28  should be consolidated.

STIPULATION TO CONSOLIDATE                    CASE NO.: 2:25-cv-00112-TLN-DMC
CASES FOR DISCOVERY PURPOSES                  CASE NO.: 2:25-cv-00800-TLN-DMC

9.      All discovery in the two actions, whether already conducted or to be conducted, shall be consolidated, and discovery conducted in both actions may be used in and will apply equally to both actions.

10.     All references in the Initial Pretrial Scheduling Order which relate to the date of the filing of the last answer shall run from the date of the last answer filed in the Zook Action.

11.     The parties do not presently have a consensus on consolidation of the two actions for all purposes, including trial.  However, this Stipulation and Order are without prejudice to Plaintiffs, or either of them, seeking consolidation for all purposes, or for trial, at a future date. Any such request shall be filed no later than the date for filing dispositive motions.

Dated: May 30, 2025                          ANDERLINI & MCSWEENEY LLP


By:     /s/   *P. Terry Anderlini*
        P. Terry Anderlini
        Counsel for Plaintiff

Dated: May 30, 2025                          GORDON REES SCULLY
                                             MANSUKHANI, LLP


By:     /s/   *David A. Serrano*
        David A. Serrano
        Counsel for United Rentals
        (As authorized on May 30, 2025)

Dated: May 30, 2025                          GLYNN AND FINLEY


By:     /s/   *Jonathan A. Eldredge*
        Jonathan A. Eldredge
        Counsel for Skyjack
        (As authorized on May 30, 2025)

STIPULATION TO CONSOLIDATE                   CASE NO.: 2:25-cv-00112-TLN-DMC
CASES FOR DISCOVERY PURPOSES                 CASE NO.: 2:25-cv-00800-TLN-DMC

1

**ORDER**

2          IT IS SO ORDERED.

3

4    Dated: June 2, 2025

5                                                    _____
                                                     Troy L. Nunley
6                                                    Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -