

United States District Court
Eastern District of California

| | |
|---|---|
| Jeremy Totten | Case Number: 2:25-cv-00112-TLN-DMC |
| Plaintiff(s) | |
| V. | |
| United Rentals, Skyjack, and Does 1-50 | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michaela H. Redlingshafer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Skyjack Inc.

On ___10/23/2020___ (date), I was admitted to practice and presently in good standing in the ___State of Colorado___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Zook v. United Rentals, et. al., Case No. 2:25-cv-00800; applying concurrently w/this application

Date: ___05/12/2026___        Signature of Applicant: /s/ ___Michaela H. Redlingshafer___

**Pro Hac Vice Attorney**

Applicant's Name: Michaela H. Redlingshafer

Law Firm Name: Wheeler Trigg O'Donnell LLP

Address: 370 17th Street, Suite 4500

City: Denver    State: CO    Zip: 80202

Phone Number w/Area Code: (303) 244-1800

City and State of Residence: Denver, CO

Primary E-mail Address: redlingshafer@wtotrial.com

Secondary E-mail Address: allen@wtotrial.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James M. Hanlon, Jr.

Law Firm Name: Glynn, Finley, Mortl, Hanlon & Friedenberg, LLP

Address: One Walnut Center

100 Pringle Ave., Ste. 500

City: Walnut Creek    State: CA    Zip: 94596

Phone Number w/Area Code: (925) 210-2800    Bar # 214096

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 12, 2026

Troy L. Nunley
Chief United States District Judge