UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JEREMY TOTTEN,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED RENTALS (NORTH AMERICA), INC., and SKYJACK, INC.,<br><br>      Defendants. | Case No.: 2:25-cv-00112-TLN-DMC<br><br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |
| STEVEN ZOOK,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED RENTALS (NORTH AMERICA), INC., and SKYJACK, INC.,<br><br>      Defendants. | Consolidated for Discovery with:<br>Case No.: 2:25-cv-00800-TLN-DMC |

The Court has reviewed the Joint Stipulated Motion to Amend the Initial Pretrial Scheduling Orders in these two matters, and finds, for good cause shown, that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the pretrial deadlines contemplated in the Initial Pretrial Scheduling Orders shall be as follows, applicable to both matters:

| Action | Prior Deadline | New Deadline |
|---|---|---|
| Fact discovery to be completed (§ III) | 06/30/2026 | 10/28/2026 |
| Designation / Identification of expert witnesses, with reports (§ IV) | 07/30/2026 | 11/27/2026 |

1

AMENDED PRETRIAL SCHEDULING ORDER

| Action | Prior Deadline | New Deadline |
|---|---|---|
| | | |
| Designation of supplemental list of expert rebuttal witnesses (§ IV) | 08/31/2026 | 1/28/2027 |
| Exchange of supplemental disclosures and responses, including expert supplemental materials (§ V) | 11/27/2026 | 03/29/2027 |
| Dispositive motions to be filed (§ VI) | 12/28/2026 | 04/27/2027 |
| Parties to file Joint Notice of Trial Readiness (§ VII) | | 30 days after receiving Court's ruling on last filed dispositive motion; or 30 days after dispositive motion filing deadline if no motions are filed |

All other provisions of the Court's Initial Pretrial Scheduling Order of January 10, 2025 in the *Totten* matter and of April 1, 2025 in the *Zook* matter not specifically amended herein shall remain in effect.

Dated:  June 2, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2

[PROPOSED] AMENDED PRETRIAL SCHEDULING ORDER